UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AUBREE HANSEN and SARAH PERDUE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMS LINQ, LLC d/b/a LINQ Connect,<br><br>Defendant. | Civil Action No. 7:24-cv-1076 **ORDER** |

THIS MATTER is before the Court upon the joint motion of Plaintiffs' Aubree Hansen and Sarah Perdue ("Plaintiffs") and EMS LINQ, LLC ("LINQ") to extend LINQ's time to answer, move, or otherwise respond to the Complaint filed in the above-captioned action.

The Court, having considered the joint motion and good cause appearing therefore, hereby orders as follows:

1. LINQ's deadline to answer, move, or otherwise respond to the Complaint is stayed.

2. The Parties shall report to the Court regarding the case status by July 9, 2025.

IT IS SO ORDERED.

DATED: 4-13-25

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE